UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | ) | Bankruptcy No. 22-60376 |
|---|---|---|
| Megan Elizabeth Bolek, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| Debtor. | ) | |

[1] Debtor, Megan Elizabeth Bolek, hereby gives notice that Gene W. Doeling is being substituted as counsel of record, replacing Patrick J. Sinner, in the above entitled bankruptcy.

Dated this 24th day of January, 2023.

/e/ Gene w. Doeling
Gene W. Doeling (MN Atty. No. 242329)
KALER DOELING, PLLP
Attorney for Debtor
3429 Interstate Boulevard South
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

/e/ Patrick J. Sinner
Patrick J. Sinner (MN Atty. No. 0396710)
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND 58102
(701) 237-6983

_____
Megan Bolek/Debtor